AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>**NORTHERN DISTRICT OF CALIFORNIA** |
| **— OFFENSE CHARGED —**<br>36 C.F.R. § 1004.23(a)(1) - Driving Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Driving With a Blood Alcohol Content Above 0.08% (Class B Misdemeanor); 36 C.F.R. § 1004.22(b)(1) - Unsafe Operation of a Motor Vehicle (Class B Misdemeanor).<br><br>PENALTY:<br>6 months in jail<br>$5,000 fine<br>$10 special assessment | ☒ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☐ Felony | **— DEFENDANT - U.S —**<br>▶ CASSANDRA B. NICKERSON<br><br>DISTRICT COURT NUMBER<br>CR 08   0192   MAG |

| **— PROCEEDING —** || **DEFENDANT** |
|---|---|---|
| Name of Complaintant Agency, or Person (& Title, if any)<br>United States Park Police, Department of the Interior || **IS NOT IN CUSTODY**<br>Has not been arrested, pending outcome this proceeding.<br>1) ☒ If not detained give date any prior summons was served on above charges ▶ |
| ☐ person is awaiting trial in another Federal or State Court, give name of court || 2) ☐ Is a Fugitive |
|  || 3) ☐ Is on Bail or Release from (show District) |
| ☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District || |
|  || **IS IN CUSTODY** |
|  || 4) ☐ On this charge |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. ATTORNEY  ☐ DEFENSE | SHOW DOCKET NO. | 5) ☐ On another conviction   ☐ Federal ☐ State<br>6) ☐ Awaiting trial on other charges<br>If answer to (6) is "Yes", show name of institution |
| ☐ this prosecution relates to a pending case involving this same defendant | MAGISTRATE CASE NO. | Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed |
| ☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under || DATE OF ARREST ▶   Month/Day/Year<br>Or... if Arresting Agency & Warrant were not |
| Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO || DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year |
| ☒ U.S. Attorney  ☐ Other U.S. Agency || |
| Name of Assistant U.S. Attorney (if assigned)   WENDY THOMAS || ☐ This report amends AO 257 previously submitted |

| **— ADDITIONAL INFORMATION OR COMMENTS —** ||
|---|---|
| PROCESS:<br>☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT<br>If Summons, complete following:<br>☐ Arraignment  ☐ Initial Appearance<br>Defendant Address: | Bail Amount:<br><br>* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment |
| | Date/Time:                     Before Judge: |
| Comments: | |

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**MAG**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 08  0192 |
| Plaintiff, ) | VIOLATIONS: 36 C.F.R. §1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. §1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content Over 0.08% (Class B Misdemeanor); 36 C.F.R. § 1004.22(b)(1)- Unsafe Operation of a Vehicle (Class B Misdemeanor) |
| v. ) | |
| CASSANDRA B. NICKERSON, ) | |
| Defendant. ) | SAN FRANCISCO VENUE |

## INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol.

On or about January 6, 2008, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the United States, the defendant,

CASSANDRA B. NICKERSON,

was operating and in actual physical control of a motor vehicle while under the influence of

INFORMATION

1 | alcohol to a degree that rendered her incapable of safe operation, in violation of Title 36,
2 | Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

3
4 | COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content over 0.08%.

5 | On or about January 6, 2008, in the Northern District of California, within the boundaries
6 | of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the
7 | United States, the defendant,

8 | CASSANDRA B. NICKERSON,

9 | was operating and in actual physical control of a motor vehicle while having at least 0.08
10 | percent, by weight, of alcohol on her breath, in violation of Title 36, Code of Federal
11 | Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

12

13 | COUNT THREE: 36 C.F.R. § 1004.22(b)(1)- Failure to Maintain Control of a Vehicle.
14 | On or about January 06, 2008, in the Northern District of California, within the
15 | boundaries of an area administered by the Presidio Trust and land under the exclusive
16 | jurisdiction of the United States, the defendant,

17 | CASSANDRA B. NICKERSON,

18 | was operating and in physical control of a vehicle without due care and at a speed greater
19 | than that which is reasonable and prudent considering traffic, weather, road and light
20 | conditions, in violation of Title 36, Code of Federal Regulations, Section 1004.22(b)(1), a
21 | Class B Misdemeanor.

22 | DATED: *March 25, 2008*

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION