**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

        Plaintiff,

  v.

CASSANDRA B. NICKERSON,

        Defendant.
                         /

No. CR 08-00192 MAG

**ORDER OF RECUSAL**

I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: March 27, 2009

                                                           SUSAN ILLSTON
                                                           United States District Judge