PAUL F. DeMEESTER (SBN 148578)
Attorney at Law
1766A – 18th Street
San Francisco, California 94107
(415) 861-5304; (415) 520-0137 [FAX]

Attorney for Defendant CASSANDRA B. NICKERSON

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0192 JL |
| Plaintiff, | |
| vs. | |
| CASSANDRA B. NICKERSON, | |
| Defendant. | |

**STIPULATION**

Both parties hereby stipulate that the hearing on defendant's motion to dismiss currently scheduled for February 11, 2010, at 11 a.m. be continued to March 4, 2010, at 11 a.m. due to defense counsel's current unavailability due to suffering from the flu. DATED: February 9, 2010.

_____/s/_____     _____/s/_____
PAUL F. DeMEESTER                ACADIA L. SENESE
Attorney for Defendant           Special Assistant United States Attorney

SO ORDERED,

_____
HON. JAMES LARSON

_____
Stipulation re 2/11/10 Hearing Date